**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-6015**

---

RICHARD LAMAR FENSTERMACHER; LARRY C. MCFARLAND; EDWARD LEE BRAGG; STEVEN WHISENANT,

Plaintiffs - Appellants,

versus

G. P. DODSON; RONALD ANGELONE,

Defendants - Appellees.

---

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  James C. Turk, District Judge. (MISC-95-46-R)

---

Submitted:  May 16, 1996          Decided:  June 3, 1996

---

Before RUSSELL, LUTTIG, and WILLIAMS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Richard Lamar Fenstermacher, Larry C. McFarland, Edward Lee Bragg, Steven Whisenant, Appellants Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellants appeal from the district court's order denying their motion for a temporary restraining order or a preliminary injunction prohibiting the Defendants from transferring them from their current correctional institute or from transferring them within the institute. To the extent that Appellants appeal from the court's denial of a temporary restraining order, that order is not appealable. See Virginia v. Tenneco, Inc., 538 F.2d 1026, 1029-30 (4th Cir. 1976). We have reviewed the record and the district court's opinion and find no abuse of discretion and no reversible error. See Direx Israel, Ltd. v. Breakthrough Medical Corp., 952 F.2d 802, 812-13 (4th Cir. 1991). Accordingly, we affirm on the reasoning of the district court. Fenstermacher v. Dodson, No. MISC-95-46-R (W.D. Va. Dec. 15, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2